**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

-------------------------------------------------------- X

**JANE DOE    ,**               :
                                :
*Plaintiff / Victim of Sex Trafficking,*     :
                                :
v.                              :
                                :
**BOSTON CELTICS, NBA, JAYSON TATUM,** :
**MARCUS SMART,**               :
                                :
**CHARLES RIVER PARK "D" COMPANY,** :         CASE NO.
**EQUITY RESIDENTIAL MGMT LLC,**  :
**ALCOTT APARTMENTS,**          :
**CASEY KOWAL,**                :
                                :
**THE STATE OF MASSACHUSETTS,**  :
**HOUSING COURT- EASTERN DIV.,**  :
**JUDGE DIANA H. HORAN,**        :
                                :
**FEDERAL JUDGE WILLIAM G. YOUNG** :
**FEDERAL JUDGE SOROKIN**         :
**FEDERAL JUDGE MYONG**           :
**FEDERAL JUDGE CASPER**          :
                                :
*Defendants/ Traffickers.*       :
-------------------------------------------------------- X

**VICTIM OF SEX TRAFFICKING'S**
**REQUEST FOR PERMISSION TO UNDER PSEUDONYM**

The Victim of Sex Trafficking respectfully requests to be allowed to use the pseudonym Jane Doe

and redact personally identifying information during this Civil Action to protect the Victim of Sex

Trafficking's confidentially and to protect the Victim of Sex Trafficking from additional harm.

Dated: March 24, 2026                          Respectfully submitted,

████████████████████████

Victim of Sex Trafficking
as Pro Se "Appellant"

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2026, I filed the foregoing document with the Clerk of the "Appeals Court" in the United States Federal Courthouse located at One Courthouse Way, Boston, MA. I certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

I hereby certify that on March 24, 2026, I provided via email to at least one Lead Attorney of record for each Defendant the foregoing document.