## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------x

DOE

    PLAINTIFF

        V.                                    No. 26-cv-11425

BOSTON CELTICS, ET AL.

    DEFENDANTS

-----------------------------------------------------------------x

### ORDER

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to the unavailability of all of the magistrate judges in the District of Massachusetts, this Court certifies the need for assistance from a visiting magistrate judge, the Honorable John C. Nivison, of the United States District Court for the District of Maine, to perform judicial duties in the above-captioned case.

**THEREFORE,**

With the concurrence of the Honorable Lance E. Walker, Chief Judge of the United States District Court for the District of Maine, and the Honorable Denise J. Casper, Chief Judge of the United States District Court for the District of Massachusetts, United States Magistrate Judge John C. Nivison has been randomly assigned to perform any and all judicial duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c), on an as needed basis, in the District of Massachusetts during the pendency of this case.

Dated this 31st day of March 2026.

The Honorable Denise J. Casper,
Chief U.S. District Judge