FILED
IN CLERKS OFFICE
2026 APR -2 AM 8:46
U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

------------------------------------------------------------ X

**JANE DOE,**

*Plaintiff / Victim of Sex Trafficking,*

v.

**BOSTON CELTICS, NBA, JAYSON TATUM,**
**MARCUS SMART,**

**CHARLES RIVER PARK "D" COMPANY,**
**EQUITY RESIDENTIAL MGMT LLC,**
**ALCOTT APARTMENTS,**
**CASEY KOWAL,**

**THE STATE OF MASSACHUSETTS,**
**HOUSING COURT- EASTERN DIV.,**
**JUDGE DIANA H. HORAN,**

**FEDERAL JUDGE WILLIAM G. YOUNG**
**FEDERAL JUDGE SOROKIN**
**FEDERAL JUDGE MYONG**
**FEDERAL JUDGE CASPER**

*Defendants/ Traffickers.*

------------------------------------------------------------ X

**CASE NO.**

**VICTIM OF SEX TRAFFICKING'S**
**MOTION FOR LEAVE TO FILE IN FORMA PAUPERIS**

I, as the VICTIM OF SEX TRAFFICKING, kindly request to proceed without paying the filing fees and to be granted in forma pauperis in this Court and in all related matters until further notice and/or unless my financial situation changes. The grounds for my request are as follows:

*Extenuating Circumstances.* I, as the VICTIM OF SEX TRAFFICKING have faced severe and excessive damage since I have come forward that has resulted in at least the following (all of which is the result of my circumstance as a trafficked person and sex trafficking related damages):

- my dog was killed;
- the electrical wires in my home were tampered with almost killing me;
- I was forced out of my home and without a place to call home for over 1 year;
- I am unable to stay in one place for an extended period of time, I had to relocate outside of the Country in order to find an affordable place to live where I then became stuck and homeless for approximately 5 months, I have been regularly harassed and damaged in my temporary apartments since returning back to the United States, and I have been living out of my suitcase for over 1 year;
- I had been blocked from working or performing the job I was trained to perform and which would allow me to be financial free and with enough money to pay expenses such as these;
- I had been blocked from monies, benefits and privileges earned, and from relief and remedy that I require, for the purposes of keeping me dependent and vulnerable for future abuse that benefits the organizations of this country while damaging me;
- I suffered from unknowing ingestion of something that required me to have a blood transfusion with antibiotics;
- blood has been detected in her digestive tract;
- I have not been regularly and consistently payed for work I perform, and I have had to go through long gaps of time with no pay;
- I am a 36 year old unmarried women who seeks freedom and independence. Asking others for help with the money is not a fair option.

*Financial Ruin.* I, as the VICTIM OF SEX TRAFFICKING assert that I face financial ruin as a result of my circumstance as a trafficked person, and this is sex trafficking related damages. When normally I would be able to pay these fees, I now simply cannot. My circumstances have gotten so severe that the money I do receive when I am receiving pay for the work I perform goes to daily expenses and as small tokens to try to heal me and/or limit the impact of damage in the form of normal living expenses. I work so hard but have nothing because of the sex trafficking situation and initial circumstances. I simply do not have the funds to pay the Court fees. This situation brings me shame and embarrassment, and I assert is part of my damages.

*Complete Application.* I, as the VICTIM OF SEX TRAFFICKING have attached to this Motion the complete in forma pauperis Application, which includes the District Court Application, the Appeals Court Application, and the Supreme Court Application, each which includes screenshots of the balances for all of my banking and financial accounts.

**WHEREFORE**, the reasons set forth above, I hereby submit my request to proceed without paying filing fees and for my request for in forma pauperis to be granted.

April 02, 2026

Respectfully submitted,

[redacted]

Victim of Sex Trafficking
as Pro Se "Appellant"

**CERTIFICATE OF SERVICE**

I hereby certify that on April 02, 2026, I filed the foregoing document with the Clerk of the "Appeals Court" in the United States Federal Courthouse located at One Courthouse Way, Boston, MA. I certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

I hereby certify that on April 02, 2026, I provided via email to at least one Lead Attorney of record for each Defendant the foregoing document.

[redacted]

# UNITED STATES DISTRICT COURT

for the

FILED IN CLERKS OFFICE 2026 APR -2 AM 8:46 U.S. DISTRICT COURT DISTRICT OF MASS.

Jane Doe
*Plaintiff/Petitioner*
v.
Boston Celtics et al
*Defendant/Respondent*

Civil Action No. 1:26-CV-11205

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: ______________________ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

Atlantic Bagel/Cohasset Atlantic Ventures, INC
88 Forest Ave
Cohasset, MA 02025

My gross pay or wages are: $ 1000 , and my take-home pay or wages are: $ 774 per *(specify pay period)* week .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ 280/ $xxxx .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Fidelity Accounts (IRA and Individual): $68.27 total

Charles Schwab: $146.40 total
NOTE: I did not loose any of my trading funds from trades. I had to with-drawl it all to pay bills because of these cases

There is a life insurance policy for me which I am the owner of with New York Life

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
Rent and all forms of living expenses: between $2,000 - $7,000

Storage: $219.63 (since I was wrongfully evicted to help the Traffickers and as explained in this case, I have not been able to move into a new home long term. I have had to rent furnished short term rentals. All of my belongings have to be held in a storage facility.)

Verizon: about $171 per month

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
Bank of America Credit Card: about $2,500 in debt

I do not recognize the exsistence of any other debt I owe.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: April 2, 2026

[signature] Jane Doe
*Applicant's signature*

Stephanie Belz Jane Doe
*Printed name*

Print | Save As... | Add Attachment | Reset